SMITH *et al.* v. HIGHTOWER.

FISH, P. J. This case falls within the rule, repeatedly announced by this court, that where it does not affirmatively appear that the verdict was demanded under the law and the evidence, the first grant of a new trial will not be disturbed, though based on a specified ground of the motion, whether such ground was meritorious or not. *Elliott* v. *McCalla*, ante, 26.

*Judgment affirmed. All the Justices concur, except Candler, J., absent.*

Submitted April 25,—Decided May 15, 1905.

Complaint. Before Judge Longley. City court of LaGrange. October 17, 1904.

*D. J. Gaffney,* for plaintiff in error.

*F. P. Longley* and *Isaac Jackson,* contra.